UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY KRAEMER | CIVIL ACTION |
| VERSUS | NO. 12-2523 |
| N. BURL CAIN | SECTION: "J" (3) |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 10), and Petitioner Terry Kraemer's Objection thereto (Rec. Doc. 11), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that petitioner's **Objections** (Rec. Doc. 11) should be and are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of Habeas Corpus** should be and is hereby **DISMISSED with prejudice**.

New Orleans, Louisiana, this 3rd day of April, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE